**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> STATE ATTORNEY GENERAL, et al., <br><br> Respondents. | NO. C14-1914-RAJ <br><br> ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ANY PENDING MOTIONS |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE MATTER
AND TO STRIKE ANY PENDING MOTIONS
- 1

1  DATED this 30th day of March, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE MATTER
AND TO STRIKE ANY PENDING MOTIONS
- 2